Case No:   13-32721
Debtor(s):   **Damon Darron Jones**
**Nicole Renee Jones**

*AMENDED 8/13/2013*

## Plan Summary and Statistical Cover Sheet to Proposed Plan

Date:   **8/13/2013**
(Date Should be Date that this Proposed Plan is Signed by Debtor)

**Disposable Income and Plan Payments**

| Projected Schedule "I" Income (as shown on most recently filed Schedule I) | Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | Projected Disposable Income | Beginning Month #* | Ending Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| $6,202.56 | $2,802.00 | $3,400.56 | 1 (Jun 13) | 12 (May 14) | $3,400.00 | $40,800.00 |
|  |  |  | 13 (Jun 14) | 60 (May 18) | $6,900.00 | $331,200.00 |
|  |  |  |  |  | Grand Total | $372,000.00 |
|  |  |  |  |  | Less Posted Chapter 13 Trustee Fee** | $22,134.00 |
|  |  |  |  |  | Net Available | $349,866.00 |

**Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| Law Office of P.J. Franklin, P.C. None | Priority | 0.00% | 1 | 4 | Pro-Rata | $3,500.00 |
| Chase 10703 Karter Court Houston, TX | Principal Res. | 0.00% | 1 | 60 | $2,289.49 | $137,369.40 |
| Chase 10703 Karter Court Houston, TX | Principal Res. (Arrearage) | 0.00% | 4 | 30 | Pro-Rata | $14,280.19 |
| Ally Financial 2011 Cadilac Escalade | Secured | 5.25% | 4 | 30 | Pro-Rata | $50,341.31 |
| First Community Cred U 2011 Infiniti | Secured | 5.25% | 4 | 30 | Pro-Rata | $17,395.66 |
| Internal Revenue Service 2009 to 2010 taxes | Secured | 1.25% | 30 | 59 | Pro-Rata | $119,971.31 |
|  |  |  |  |  | Grand Total | $342,857.87 |

---

* If filed in connection with a modification, the first month listed must be the first month in which the debtor was required to make a payment after filing the bankruptcy petition.  All previous payments and proposed payments must be included.

** The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

Case No:    13-32721
Debtor(s):  **Damon Darron Jones**
            **Nicole Renee Jones**

| SUMMARY OF PAYMENTS | |
|---|---:|
| Net Available to Creditors | **$349,866.00** |
| Less Estimated Attorneys' fees | **$3,500.00** |
| Less Total to Priority Creditors | **$0.00** |
| Less Total to Secured Creditors | **$339,357.87** |
| Net Available for Unsecured Creditors | **$7,008.13** |
| Estimated General Unsecured Claims | **$11,808.89** |
| Forecast % Dividend on General Unsecured Claims | **59%** |

| BEST INTEREST TEST | |
|---|---:|
| Value of total non-exempt property | **$5.00** |
| Total distributions to all priority and general unsecured creditors | **$10,508.13** |