# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | § | **Case No:** | **ENTERED**<br>**08/22/2013** |
| **Damon Darron Jones** | § | | |
| **Nicole Renee Jones** | § | **13-32721-H5-13** | |
| | § | | |
| **DEBTORS** | § | **CHAPTER 13** | |
| | § | | |

---

## ORDER CONFIRMING CHAPTER 13 PLAN

---

At Houston, Texas, on this date, the Court considered the issue of confirmation of the Chapter 13 Plan filed by the debtors on Tuesday, August 13, 2013, at Docket #28, in the above captioned cause. The Trustee and the Debtor have represented that proper notice of the plan, and the deadline for filing objections to the plan have been given and that no objections to the confirmation of the plan considered have been filed. Accordingly, the Court does hereby APPROVE and CONFIRM the Chapter 13 Plan filed 8/13/2013, at docket # 28. The Trustee is hereby authorized to disburse funds in accordance with the provisions of the plan.

DATED: _____AUG 2 0 2013_____

_____
UNITED STATES BANKRUPTCY JUDGE

KO ID 181